| United States Bankruptcy Court<br>For the Western District of Wisconsin | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>J&B Haldeman Holdings, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All other names used by the Debtor in the last 8 years<br>(Include married, maiden, and trade names): | All other names used by the Joint Debtor in the last 8 years<br>(Include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>39-1962560 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>19 Main Street<br>Black River Falls, WI 54615 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or Principal Place of Business:<br>Jackson | County of Residence or Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor (Form of Organization)<br>(Check one Box)<br>  Individual (includes Joint Debtor) See Exhibit D on page 2 of this form<br>X Corporation (includes LLC and LLP)<br>  Partnership<br>  Other (If debtor is not one of the above entities, check this box and state type of entity below). | Nature of Business<br>(Check all applicable boxes)<br>  Health Care Business<br>  Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>  Railroad<br>  Stockbroker<br>  Commodity Broker<br>  Clearing Bank<br>X Other<br>**Tax Exempt Entity**<br>(Check box, if applicable)<br>  Debtor is a tax-exempt organization under Title 25 of the United States Code (the Internal Revenue Code) | **Chapter or Section of Bankruptcy Code Under Which**<br>The Petition is Filed (Check one box)<br>  Chapter 7   X Chapter 11   Chapter 15 Petition for<br>  Chapter 9     Chapter 12     Recognition of a Foreign Main Proceeding<br>                                          Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>  Chapter 13<br><br>**Nature of Debts** (Check one box)<br>  Debts are primarily consumer debts  X Debts are primarily Business Debts<br>Defined in 11 U.S.C. § 101(8) as<br>(incurred by an individual primarily for a<br>Personal, family, or household purpose." |

| **Chapter 11 Debtors**<br>Check one Box:<br>X Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>  Debtor is not a small business defined in 11 U.S.C. § 101(51D)_____Check if:<br>Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>  A Plan is being filed with this Petition.<br>  Acceptance of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b) | **Filing Fee** (Check one box)<br>X Full Filing Fee attached<br>  Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the Court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br>  Filing Fee waiver requested (Applicable to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| X Debtor estimates that funds will be available for distribution to unsecured creditors.<br>  Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
1-49  50-99  100-199  200-999  1,000-5,000  5,0001-10,000.00  10,001-25,000.00  25,001-50,000  50,001-100,000  Over 100,000
X

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 Million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 Million | $500,000,001 to $1 Billion | More than $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | | | | |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,000.01 to $1 Million | $1,000,001 to $10 Million | $10,000,001 to $50 Million | $50,000,001 to $100 Million | $100,000,001 to $500 Million | $500,000,001 to $1 Billion | More than $1 Billion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | | | | |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | J&B Haldeman Holdings, LLC |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location where filed: None | Case No: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: None | Case No: | Date Filed: |
| District: None | Relationship: | Judge: |

## Signatures

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.) | (To be completed if Debtor is an individual whose debts are primarily consumer debts) |
| ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12, or 13 of Title 11, United Sates Code, and have explained the relief available under each such Chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
| **Exhibit C** | s/Galen W. Pittman |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | Galen W. Pittman, Attorney for Debtors |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. | March 8, 2011 |
| X No | Date |

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor Venue
(Check any applicable box)

X Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this Petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtors is a debtor in foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
Check all applicable boxes.

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

Name of Landlord that obtained Judgment

Address of Landlord
☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l).

| Signature(s) of Debtor(s) Individual/Joint | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under Chapter 7.<br>I request relief in accordance with the Chapter of Title 11, United State Code, specified in this petition.<br><br>_____<br>Debtor<br><br>_____<br>Debtor<br><br>_____<br>Date | I Declare under penalty of perjury that the information provided in this Petition is true and correct, that I am a foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box)<br><br>☐ I request relief in accordance with Chapter 15 title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>_____<br>(Signature of Foreign Representative)<br><br>_____<br>Printed Name of foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney**<br>s/Galen W. Pittman<br>Galen W. Pittman, Attorney for Debtor(s)<br>Galen W. Pittman, S.C<br>300 North Second St., Ste. 210<br>Post Office Box 668<br>La Crosse, Wisconsin 54602-0668<br>(608) 784-0841<br><br>March 8, 2011<br>Date | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(H) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>/s/ James B. Hardeman<br>Signature of Authorized Individual<br><br>James B. Hardeman<br>Printed Name of Authorized Individual<br><br>Owner / Member<br>title of Authorized Individual<br><br>March 8, 2011<br>Date | _____<br>Signature of Bankruptcy Preparer or officer, principal, responsible person, or partner whose social security number if provided above.<br><br>Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>_____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. §156. |

United States Bankruptcy Court
Western District Of Wisconsin

**In re: J&B Haldeman Holdings, LLC**

Case No. _____

**Debtor(s)**

Chapter 11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s)in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................ $ Billed at hourly rate of $200.00 per hour

   Prior to the filing of this statement I have received .......... $10,000.00

   Balance Due ................................. $ Will be billed at hourly rate of $200.00 against retainer

2. The source of the compensation paid to me was:

   X____ Debtor      ____ Other (specify)

3. The source of compensation to be paid to me is:

   X____ Debtor      ____ Other (specify)

4. X____ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ____ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan, which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   Any Audit by U.S. Trustee of Means Test.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

_March 8, 2011_  
Date

s/Galen W. Pittman  
Signature of Attorney

GALEN W. PITTMAN, S.C.  
Name of law firm

IRS
Patricia Patten
Stop 5301 MSN, 30 East 7th Street
St. Paul, MN 55101-4940

Wisconsin Department of Revenue
Post Office Box 8902
Madison, WI 53708

U. S. TRUSTEE OFFICE
780 Regent Street
Suite 304
Madison, WI 53715

Bank of The West
Post Office Box 4002
Concord, CA 94524-4002

Black River Country Bank
221 Main Street
Black River Falls, WI 54615

Black River Country Bank
221 Main Street
Black River Falls, WI 54615

Black River Memorial Hospital
711 W. Adams Street
Black River Falls, WI 54615

Byrne & Kraut Kramer Law Office
Terrence Byrne
Post Office Box 1566
Wausau, WI 54402-1566

City of Black River Falls
101 South 2nd Street
Black Rivers Falls, WI 54615

Dan Arndt
Arndt, Buswell & Thorn, S.C.
101 West Oak Street
Post Office Box 349
Sparta, WI 54656

Deanne Koll
Attorney for BRCB
Bakke, Norman S.C.
Post Office Box 280
Menominee, WI 54751

First National Bank – Bangor
Post Office Box 129
Bangor, WI 54614

Jackson County Treasurer
307 Main Street
Black River Falls, WI 54615

Jim and Barb Haldeman
N6830 Ruf Road
Black River Falls, WI 54615

Krohn Clinic
610 W. Adams Street
Black River Falls, WI 54615

Land Investments, Inc.
Post Office Box 544
1100 E. McCoy Blvd.
Tomah, WI 54660

Monroe County Treasurer
202 South K. Street
Sparta, WI 54656

Richard A. Radcliffe
Mubarak & Radcliffe & Berry, S.C.
917 Superior Avenue
Post Office Box 110
Tomah, WI 54660-0110

Ruder-Ware LLC
Randi Osberg/Matt Cornetta/Steve Anderson
Post Office Box 187
Eau Claire, WI 54702-0187

Subdivision WI Gas LLC
WE Energies
231 W. Michigan Street
Milwaukee, WI 53290-0001

# 20 LARGEST UNSECURED CREDITORS
# J&B HALDEMAN HOLDINGS, LLC

| | | |
|---|---|---|
| 1. | Jim and Barb Haldeman<br>N6830 Ruf Road<br>Black River Falls, WI 54615 | $388,000.00 |
| 2. | Jim and Barb Haldeman<br>N6830 Ruf Road<br>Black River Falls, WI 54615 | $75,000.00 |
| 3. | Black River Country Bank<br>221 Main Street<br>Black River Falls, WI 54615 | $40,000.00 |
| 4. | Subdivision WI Gas LLC<br>WE Energies<br>231 W. Michigan Street<br>Milwaukee, WI 53290-0001 | $22,781.09 |
| 5. | Ruder-Ware LLC<br>Randi Osberg<br>Post Office Box 187<br>Eau Claire, WI 54702-0187 | $13,000.00 |
| 6. | Black River Memorial Hospital<br>711 W. Adams Street<br>Black River Falls, WI 54615 | $4,600.00 |
| 7. | Krohn Clinic<br>610 W. Adams Street<br>Black River Falls, WI 54615 | $2,300.00 |
| 8. | Land Investments, Inc.<br>Post Office Box 544<br>1100 E. McCoy Blvd.<br>Tomah, WI 54660 | $1,650.00 |
| 9. | Rick Radcliffe<br>917 Superior Avenue<br>Post Office Box 110<br>Tomah, WI 54660-0110 | $1,508.22 |
| 10. | Byrne & Kraut Kramer Law Office<br>Terrence Byrne<br>Post Office Box 1566<br>Wausau, WI 54402-1566 | $450.00 |