# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN
U.S. Federal Courthouse
500 S. Barstow Street
P.O. Box 5009
Eau Claire, WI 54702–5009

| | |
|---|---|
| In Re: | Case Number: 1–11–11386–tsu |
| J&B Haldeman Holdings, LLC | Chapter: 11 |
| Debtor(s). | |

## CHAPTER 11 SMALL BUSINESS PROCEDURAL ORDER

The above entitled Chapter 11 case having been filed on 03/09/2011; for procedural purposes

**IT IS ORDERED THAT**:

1. Unless the Court orders otherwise, the Debtor(s) shall file all motions or proceedings for determination or valuation of the secured status of any creditor's interest in property of the estate (a) by **06/02/2011** or (b) within 5 days after the date of filing the plan, whichever is earlier, and schedule a hearing thereon. See 11 U.S.C. §§ 506 and Bankruptcy Rules 3012 and 7001. It is the intent of this order that the debtor(s) raise and resolve all valuation issues prior to any hearing on confirmation of plan.

2. Motions for determination of secured status and notices thereof must be served on all parties with an interest in the subject property. Notice of any such motion shall provide that:

   A. Written objection must be filed within 14 days of the date of the notice;
   B. All objections must be in writing and be in full compliance with Bankruptcy Rule 9011;
   C. Appearance at the valuation hearing in support of the written objection is required or the objection will be deemed to be waived;
   D. If no written objection is timely filed, the parties will be bound by the values set forth in the motion;
   E. If no objections are timely filed, the hearing on confirmation of the plan may constitute the "hearing on notice" in accordance with Bankruptcy Rule 3012.

Dated: March 10, 2011

BY THE COURT:

/s/ Thomas S. Utschig
_____
Hon. Thomas S. Utschig